IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lee, Stephanie V

Printed: 10/2/07

Case Number: 07 B 04438
Judge: Wedoff, Eugene R
Filed: 3/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 16, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 90.00 |  |
| Secured: |  | 85.14 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 4.86 |
| Other Funds: |  | 0.00 |
| Totals: | 90.00 | 90.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,186.00 | 0.00 |
| 2. | Nationwide Acceptance Corp | Secured | 975.86 | 85.14 |
| 3. | Jefferson Capital | Unsecured | 82.30 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 26.73 | 0.00 |
| 5. | Sprint Nextel | Unsecured | 82.28 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 46.00 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 25.95 | 0.00 |
| 8. | Jefferson Capital | Unsecured | 18.35 | 0.00 |
| 9. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 10. | Credit Bureau Accts Collections & Servs | Unsecured | | No Claim Filed |
| 11. | LeLand Scott & Associates | Unsecured | | No Claim Filed |
| 12. | Cavalry Portfolio/Collection | Unsecured | | No Claim Filed |
| 13. | Medical Collections | Unsecured | | No Claim Filed |
| 14. | Medical Collections | Unsecured | | No Claim Filed |
| 15. | MRSI | Unsecured | | No Claim Filed |
| 16. | Medical Collections | Unsecured | | No Claim Filed |
| 17. | RJM Acquisitions LLC | Unsecured | | No Claim Filed |
| 18. | Allied Interstate Inc | Unsecured | | No Claim Filed |
| 19. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 20. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 21. | Wexler & Wexler | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 3,443.47 | $ 85.14 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lee, Stephanie V

Printed: 10/2/07

Case Number: 07 B 04438
Judge: Wedoff, Eugene R
Filed: 3/13/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 4.86 |
|  | _____ |
|  | $ 4.86 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_